IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK D. HOWARD,<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST HORIZON HOME LOAN CORPORATION; METLIFE HOME LOANS, LLC; NATIONSTAR MORTGAGE, LLC; and THE BANK OF NEW YORK MELLON CORPORATION,<br><br>    Defendants. | No. C 12-5735<br><br>ORDER GRANTING METLIFE HOME LOANS, LLC'S UNOPPOSED MOTIONS TO DISMISS AND TO STRIKE (Docket Nos. 9 and 11) |

On November 15, 2012, Defendant Metlife Home Loans, LLC filed motions to dismiss the claims brought against it by Plaintiff Patrick D. Howard and to strike a portion of his complaint. Docket Nos. 9 and 11. Pursuant to Civil Local Rule 7-3(a), Plaintiff's responses to Metlife's motions were due two weeks later, or by November 29, 2012.[1]

Plaintiff, who is represented by counsel, has failed to file a response to either motion and has not sought an extension of time. Accordingly, the Court GRANTS Metlife's unopposed motions to dismiss and to strike as to the claims against Metlife only (Docket No. 9 and 11).

This Order does not address or affect the claims alleged or relief sought against Defendants First Horizon Home Loan

---

[1] After Metlife filed its motions, this action was reassigned twice, the second time to the Undersigned. See Docket Nos. 15, 19. As noted in the orders reassigning the case, the briefing schedules on Metlife's motions were not changed by the reassignments. Id.

Corporation, Nationstar Mortgage LLC and The Bank of New York Mellon Corporation, who have not yet answered or otherwise responded to Plaintiff's complaint.[2]

IT IS SO ORDERED.

Dated: 11/30/2012

CLAUDIA WILKEN
United States District Judge

---

[2] The Court notes that the parties have stipulated to extend until December 4, 2012 the deadline for these Defendants to file a responsive pleading to the complaint.  Docket No. 6.