**United States District Court**
For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    PATRICK D. HOWARD,                          No. C 12-5735

5         Plaintiff,                             ORDER GRANTING
                                                 METLIFE HOME
6    v.                                          LOANS, LLC'S
                                                 UNOPPOSED MOTIONS
7    FIRST HORIZON HOME LOAN                      TO DISMISS AND TO
     CORPORATION; METLIFE HOME LOANS,            STRIKE (Docket
8    LLC; NATIONSTAR MORTGAGE, LLC;              Nos. 9 and 11)
     and THE BANK OF NEW YORK MELLON
9    CORPORATION,

10        Defendants.

11   _____/

12        On November 15, 2012, Defendant Metlife Home Loans, LLC filed

13   motions to dismiss the claims brought against it by Plaintiff

14   Patrick D. Howard and to strike a portion of his complaint.

15   Docket Nos. 9 and 11.  Pursuant to Civil Local Rule 7-3(a),

16   Plaintiff's responses to Metlife's motions were due two weeks

17   later, or by November 29, 2012.[1]

18        Plaintiff, who is represented by counsel, has failed to file

19   a response to either motion and has not sought an extension of

20   time.  Accordingly, the Court GRANTS Metlife's unopposed motions

21   to dismiss and to strike as to the claims against Metlife only

22   (Docket No. 9 and 11).

23        This Order does not address or affect the claims alleged or

24   relief sought against Defendants First Horizon Home Loan

25   _____

26        [1] After Metlife filed its motions, this action was reassigned
     twice, the second time to the Undersigned.  See Docket Nos. 15,
27   19.  As noted in the orders reassigning the case, the briefing
     schedules on Metlife's motions were not changed by the
28   reassignments.  Id.

**United States District Court**
For the Northern District of California

1 | Corporation, Nationstar Mortgage LLC and The Bank of New York

2 | Mellon Corporation, who have not yet answered or otherwise

3 | responded to Plaintiff's complaint.[2]

4 |    IT IS SO ORDERED.

5

6 | Dated: 11/30/2012

                                   CLAUDIA WILKEN
                                   United States District Judge

---

27 | [2] The Court notes that the parties have stipulated to extend
28 | until December 4, 2012 the deadline for these Defendants to file a
responsive pleading to the complaint.  Docket No. 6.