UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK D. HOWARD,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST HORIZON HOME LOAN CORPORATION; METLIFE HOME LOANS, LLC; NATIONSTAR MORTGAGE, LLC; THE BANK OF NEW YORK MELLON CORPORATION; and DOES 1-10.,<br><br>    Defendants. | Case No. CV-12-05735 CW<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO FURTHER CONTINUE DEFENDANT METLIFE BANK'S RESPONSE DEADLINE TO PLAINTIFF PATRICK HOWARD'S FIRST AMENDED COMPLAINT |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1040192.1 05581-057

1　　　　　　　　　　　　　　　　　　　　　　　　　　CV-12-05735 CW

ORDER GRANTING DEFENDANT METLIFE BANK'S A FURTHER CONTINUANCE TO RESPOND TO
PLAINTIFF PATRICK HOWARD'S FIRST AMENDED COMPLAINT

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1   WHEREAS the Joint Stipulation to Further Continue Defendant MetLife Bank's Response Deadline to Plaintiff Patrick D. Howard's First Amended Complaint was filed on January 22, 2013, Docket No. 37, the Court, having considered these papers hereby orders:

5   **IT IS ORDERED** that the Joint Stipulation To Further Continue Defendant MetLife Bank's Response Deadline to Plaintiff Patrick D. Howard's First Amended Complaint is **GRANTED**, with a new responsive deadline of February 28, 2013.

**IT IS SO ORDERED.**

DATED: __2/9/2013__            _____
                               Judge, United States District Court

# # # # # # # #

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1040192.1 05581-057