ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK D. HOWARD,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST HORIZON HOME LOAN CORPORATION; METLIFE HOME LOANS, LLC; NATIONSTAR MORTGAGE, LLC; THE BANK OF NEW YORK MELLON CORPORATION; and DOES 1-10.,<br><br>    Defendants. | Case No. CV-12-05735 CW<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO FURTHER CONTINUE DEFENDANT METLIFE BANK'S RESPONSE DEADLINE TO PLAINTIFF PATRICK HOWARD'S FIRST AMENDED COMPLAINT** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1040192.1 05581-057

1      CV-12-05735 CW
ORDER GRANTING DEFENDANT METLIFE BANK'S A FURTHER CONTINUANCE TO RESPOND TO PLAINTIFF PATRICK HOWARD'S FIRST AMENDED COMPLAINT

**1**   WHEREAS the Joint Stipulation to Further Continue Defendant MetLife Bank's Response
**2**   Deadline to Plaintiff Patrick D. Howard's First Amended Complaint was filed on January 22,
**3**   2013, Docket No. 37, the Court, having considered these papers hereby orders:

**5**   **IT IS ORDERED** that the Joint Stipulation To Further Continue Defendant MetLife Bank's
**6**   Response Deadline to Plaintiff Patrick D. Howard's First Amended Complaint is **GRANTED**,
**7**   with a new responsive deadline of February 28, 2013.

**IT IS SO ORDERED.**

DATED: __2/9/2013__          _/s/ Claudia Wilken_
                              Judge, United States District Court

# # # # # # # #

Anderson, McPharlin & Conners LLP
Lawyers
444 South Flower Street, Thirty-First Floor
Los Angeles, California 90071-2901
Tel (213) 688-0080 • Fax (213) 622-7594

1040192.1 05581-057