UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK D HOWARD,<br>　　　　Plaintiff,<br>　　v.<br>FIRST HORIZON HOME LOAN CORPORATION, et al.,<br>　　　　Defendants. | Case No. 12-cv-05735-JST<br><br>**ORDER VACATING HEARING**<br>Re: ECF Nos. 48, 49 |

A hearing on Defendant Metlife's motions to dismiss and to strike is scheduled for June 20, 2013. As the motions are suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motions are under submission.

**IT IS SO ORDERED**.

Dated: June 10, 2013

_____
JON S. TIGAR
United States District Judge