United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK D HOWARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FIRST HORIZON HOME LOAN CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.  12-cv-05735-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF Nos. 67, 69 |

A hearing on Defendant Metlife's motion to dismiss and motion to strike is scheduled for August 29, 2013. ECF Nos. 67, 69. As the motions are suitable for determination without oral argument, the hearing is vacated. See Civil L.R. 7-1(b). The motions are under submission.

**IT IS SO ORDERED**.

Dated: August 14, 2013

_____
JON S. TIGAR
United States District Judge