AKERMAN LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK D. HOWARD, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST HORIZON HOME LOAN CORPORATION; METLIFE HOME LOANS, LLC; NATIONSTAR MORTGAGE, LLC; THE BANK OF NEW YORK MELLON CORPORATION; and DOES 1-10,<br><br>    Defendants. | Case No. 3:12-cv-05735-JST<br><br>*(Assigned to the Hon. Jon S. Tigar)*<br><br>[PROPOSED] **ORDER APPROVING JOINT STIPULATION FOR DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT TO STAND AS ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>**Complaint filed:** October 4, 2012<br>**Case Removed:** November 8, 2012<br>**FAC Filed:** December 3, 2012<br>**SAC Filed:** July 9, 2013<br>**TAC Filed:** December 16, 2013<br>**Trial Date:** None |

Having read and considered the Joint Stipulation to allow defendants' First Tennessee Bank National Association as successor by merger to First Horizon Home Loan Corporation (**First Tennessee**), Nationstar Mortgage LLC (**Nationstar**), and The Bank of New York Mellon f/k/a The Bank of New York (erroneously sued as the Bank of New York Mellon Corporation (**BONY**) (collectively, **defendants**), answer to plaintiff Patrick D. Howard's (**plaintiff**), second amended complaint (**SAC**) stand as their answer to plaintiff's third amended complaint (**TAC**), the Court

1  hereby approves the Joint Stipulation and accordingly ORDERS that defendants' answer to plaintiff's
2  SAC shall act as their answer to plaintiff's TAC.
3        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

5  DATED: February 18, 2014      By:_____
                                           Hon. Jon S. Tigar



AKERMAN LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342