**FILED**

MAR 2 6 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK D. HOWARD, an individual, | Case No. 3:12-cv-05735-JST |
| Plaintiff, | (Assigned to the Hon. Jon S. Tigar) |
| v. | [PROPOSED] ORDER APPROVING JOINT STIPULATION TO EXTEND MEDIATION COMPLETION DATE AND CONTINUE CASE MANAGEMENT CONFERENCE |
| FIRST HORIZON HOME LOAN CORPORATION; METLIFE HOME LOANS, LLC; NATIONSTAR MORTGAGE, LLC; THE BANK OF NEW YORK MELLON CORPORATION; and DOES 1-10, | |
| Defendants. | |

Having read and considered the parties' Joint Stipulation to Extend the Mediation Completion Date and Continue the Case Management Conference (**Joint Stipulation**), the Court hereby approves the Joint Stipulation and ORDERS as follows:

///

///

///

---

{28373855;1}  1  CASE NO. 3:12-CV-05735-JST
[PROPOSED] ORDER APPROVING JOINT STIPULATION TO EXTEND MEDIATION COMPLETION
DATE AND CONTINUE CASE MANAGEMENT CONFERENCE

1.    The mediation completion date is extended from April 7, 2014 to May 22, 2014.

2.    The case management conference previously set for April 9, 2014 is continued to ___June 11___, 2014 at __2:00 p.m.__. *A Joint Case Management Statement is due 5/20/14.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 3/26/14

By: _____
Hon. Jon S. Tigar