1

2

3                    UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5                         SAN JOSE DIVISION

6

7   PATRICK D HOWARD,                    Case No.  12-cv-05735-BLF

            Plaintiff,
8
                                         **ORDER CONTINUING CASE**
9        v.                              **MANAGEMENT CONFERENCE**

10  FIRST HORIZON HOME LOAN
    CORPORATION, et al.,
11
            Defendants.
12

13       Having considered the parties' Joint Case Management Statement filed May 1, 2014, Dkt.

14  No. 97, the Court finds that the presently scheduled Case Management Conference would be

15  premature given the upcoming mediation deadline.  As such, the Case Management Conference is

16  continued to June 5, 2014 at 1:30 p.m. in Courtroom 3, Floor 5, San Jose Courthouse.  The parties

17  are encouraged to submit a supplemental Joint Case Management Statement by May 29, 2014 with

18  proposals for a discovery plan and pretrial schedule.

19

20       **IT IS SO ORDERED.**

21  Dated: May 7, 2014

22

23                                          BETH LABSON FREEMAN
                                            United States District Judge
24

25

26

27

28

United States District Court
Northern District of California