UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

PATRICK HOWARD,

    Plaintiff,

v.

FIRST HORIZON HOME LOAN CORPORATION, et al.,

    Defendants.

_____/

No. C 12-5735 BLF

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     May 19, 2014
Mediator:  Howard Herman

    Before the court are requests to excuse parties from appearing in person at the May 19, 2014, mediation before Howard Herman. Defendant MetLife Home Loans, LLC, fka MetLife Home Loans' representative's request and defendant First Tennessee Bank National Association's request are GRANTED. MetLife Home Loans' representative, Frederique Beky, and First Tennessee's representative, Keri Unowsky, shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

    Defendants Nationstar Mortgage LLC and The Bank of New Yotk Mellon fka The Bank of New York's requests to excuse its representative, Marisa Maldonado, are DENIED. Ms. Maldonado shall appear in person at the mediation.

    IT IS SO ORDERED.

May 8, 2014

Dated

By: _____
        Maria-Elena James
        United States Magistrate Judge