UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK D HOWARD,<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST HORIZON HOME LOAN CORPORATION, et al.,<br><br>    Defendants. | Case No.  12-cv-05735-BLF<br><br>**CASE MANAGEMENT ORDER** |

On June 05, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference<br>Case Management Statement | 12/11/2014 at 1:30 pm.<br>12/04/2014 |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | 12/15/2014 |
| Fact Discovery Cut-Off | 12/15/2014 |
| Expert Discovery Cut-Off | 01/15/2015 |
| Last Day to Hear Dispositive Motions | 01/22/2015 at 9:00 am. |
| Final Pretrial Conference | 02/19/2015 at 2:30 pm. |
| Trial | 03/30/2015 at 9:00 am. |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2   are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4   orders, which are available on the Court's website and in the Clerk's Office.
5   IT IS FURTHER ORDERED THAT Initial Disclosures are due by 07/03/2014.

Dated:  June 09, 2014

_____
BETH LABSON FREEMAN
United States District Judge