UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK D HOWARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FIRST HORIZON HOME LOAN CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.   12-cv-05735-BLF<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Upon review of the parties' Joint Case Management Statement filed December 8, 2014, ECF 111, the Court finds good cause to continue the further case management conference presently scheduled for December 11, 2014.  IT IS HEREBY ORDERED THAT:

　　1.　　The further case management conference is CONTINUED to **January 22, 2015 at 1:30 p.m.** in Courtroom 3, 5th Floor, San Jose.

　　2.　　**On or before January 15, 2015**, the parties shall file a joint statement concerning the status of settlement or, in the event the parties fail to settle, trial preparation.

　　3.　　All other dates set in the Court's June 9, 2014 scheduling order, ECF 108, remain on calendar.

　　**IT IS SO ORDERED.**

Dated: December 9, 2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge