UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK D HOWARD,<br><br>    Plaintiff,<br><br>    v.<br><br>FIRST HORIZON HOME LOAN CORPORATION, et al.,<br><br>    Defendants. | Case No. 12-cv-05735-BLF<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Upon review of the parties' Joint Case Management Statement filed yesterday, ECF 115, the Court finds good cause to continue today's Case Management Conference to **February 19, 2015 at 1:30 p.m.**

The pretrial conference in this case remains set for February 19, 2015 at 2:30 p.m., and trial remains scheduled to begin on March 30, 2015.

**IT IS SO ORDERED.**

Dated: January 22, 2015

_____
BETH LABSON FREEMAN
United States District Judge