1   ELENA RIVKIN FRANZ (SBN 247387)
      *elena@franzlawfirm.com*
2   PAMELA M. SCHUUR (SBN 130073)
      *pamela@franzlawfirm.com*
3   **FRANZ LAW**
    Commerce Plaza
4   900 Lafayette Street, Suite 509
    Santa Clara, CA  95050
5   Telephone: (408) 940-5360
    Facsimile: (408) 940-5922

7   Attorneys for Plaintiff
    Patrick D. Howard

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PATRICK D. HOWARD,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST HORIZON HOME LOAN CORPORATION; METLIFE HOME LOANS, LLC; NATIONSTAR MORTGAGE, LLC; THE BANK OF NEW YORK MELLON CORPORATION; and DOES 1 through 10,<br><br>    Defendants. | Case No.  CV-12-05735 BLF<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION**<br><br>**[F.R.C.P. 41(a)(2)]** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff PATRICK D. HOWARD, through his counsel, hereby requests dismissal with prejudice of the entire action as to FIRST TENNESSEE BANK NATIONAL ASSOCIATION as successor by merger to FIRST HORIZON HOME LOAN CORPORATION; NATIONSTAR MORTGAGE, LLC; and THE BANK OF NEW YORK MELLON FKA THE BANK  OF NEW YORK (erroneously sued as THE BANK OF NEW YORK CORPORATION).

There are no cross-claims pending by or among any of the Defendants.

Plaintiff has executed a Settlement Agreement with METLIFE HOME LOANS.

Plaintiff has executed a separate Settlement Agreement FIRST TENNESSEE BANK NATIONAL ASSOCIATION as successor by merger to FIRST HORIZON HOME LOAN CORPORATION; NATIONSTAR MORTGAGE, LLC; and THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK (erroneously sued as THE BANK OF NEW YORK CORPORATION).

Pursuant to the executed settlement agreements, all parties have agreed to bear their own attorneys' fees and costs.

By their signatures below, counsel for the Defendants indicate their consent to Plaintiffs' dismissal of the entire action with prejudice.

DATED: January 28, 2015         **FRANZ LAW**

By: */s/ Elena Rivkin Franz*
Elena Rivkin Franz
Attorney for Plaintiff
PATRICK D. HOWARD

DATED: January 28, 2015         **AKERMAN LLP**

By: /s/ Christopher R. Fredrich
Christopher R. Fredrich
Karen P. Ciccone
Attorney for Defendant
FIRST TENNESSEE BANK NATIONAL ASSOCIATION as successor by merger to FIRST HORIZON HOME LOAN CORPORATION; NATIONSTAR MORTGAGE, LLC; and THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK (erroneously sued as THE BANK OF NEW YORK CORPORATION)

DATED: January 28, 2015                **ANDERSON, MCPHARLIN & CONNERS LLP**

By: 
    Carleton Burch, Esq.
    Lisa Anne Coe, Esq.
Attorney for Defendant
METLIFE HOME LOANS, LLC, fka METLIFE HOME LOANS, a division of METLIFE BANK, N.A.

## ORDER

IT IS HEREBY ORDERED that the above-entitled matter is dismissed with prejudice.

Dated: January 30, 2015

_____
Judge Beth Labson Freeman